JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DENNIS FRYE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>VINCENT S. CULLEN,<br><br>　　　　　Respondent. | Case No. CV 10-1869-CAS (JEM)<br><br>**JUDGMENT** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: July 20, 2010

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE